THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HERSHEY COMPANY and HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>CONSCIOUS CARE COOPERATIVE, NATHAN CHRYSLER and TREK HOLLNAGEL,<br><br>Defendants. | Case No. 2:14-cv-00815-RSL<br><br>**PLAINTIFFS' MOTION FOR ENTRY OF CONSENT ORDER**<br><br>**NOTE ON MOTION CALENDAR: AUGUST 15, 2014** |

## I. RELIEF REQUESTED

COMES NOW Plaintiffs The Hershey Company and Hershey Chocolate & Confectionary Corporation ("Hershey"), by and through its attorneys of record, and moves this Court for entry of the proposed Consent Order agreed to between Hershey and Defendants Conscious Care Cooperative, Nathan Chrysler and Trek Hollnagel ("Defendants").

## II. FACTS SUPPORTING MOTION

Hershey and the Defendants have entered into a Settlement Agreement to resolve any and all controversies and disputes between them as of this date. Pursuant to the Settlement Agreement, the Defendants have agreed and consented to entry by the Court of the attached proposed Consent Order.

PLAINTIFFS' MOTION FOR ENTRY OF CONSENT
ORDER - 1
No. 2:14-cv-00815-RSL
128440.0001/6078986.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## III. PROPOSED ORDER

A proposed order is attached for the Court's consideration.

DATED: July 29, 2014

                        LANE POWELL PC

By  *s/Brian G. Bodine*
     Brian G. Bodine, WSBA No. 22414
     bodineb@lanepowell.com
     *s/Erin M. Wilson*
     Erin M. Wilson, WSBA No. 42454
     wilsonem@lanepowell.com
     Telephone: 206.223.7000
     Facsimile: 206.223.7107
Attorneys for Plaintiffs

    *Of Counsel:*

    Paul C. Llewellyn (*pro hac vice*)
    Kyle D. Gooch (*pro hac vice*)
    KAYE SCHOLER LLP
    425 Park Avenue
    New York, New York 10022
    Telephone: (212) 836-8000
    Attorneys for Plaintiffs

PLAINTIFFS' MOTION FOR ENTRY OF CONSENT ORDER - 2
No. 2:14-cv-00815-RSL
128440.0001/6078986.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

## CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 29th day of July, 2014, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Nathan T. Paine
Rohde & Van Kampen PLLC
1001 Fourth Avenue Suite 4050
Seattle WA  98154
Email:  Npaine@rvk-law.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Executed on the 29th day of July, 2014, at Seattle, Washington.

*s/Erin M. Wilson*
Signature of Attorney
WSBA No. 42454
Typed Name:  Erin M. Wilson
Address:  1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA  98111-9402
Telephone:  206.223.7000
Fax:  206.223.7107
E-mail:  wilsonem@lanepowell.com
Attorney(s) For:  Plaintiffs

PLAINTIFFS' MOTION FOR ENTRY OF CONSENT ORDER - 3
No. 2:14-cv-00815-RSL
128440.0001/6078986.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107