THE HONORABLE ROBERT S. LASNIK

| | | | | | | | | | | | | | | | | | | | | | |

**14-CV-00815-ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE HERSHEY COMPANY and
HERSHEY CHOCOLATE &
CONFECTIONERY CORPORATION,

        Plaintiffs,

  v.

CONSCIOUS CARE COOPERATIVE,
NATHAN CHRYSLER and TREK
HOLLNAGEL

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:14-cv-00815-RSL

**CONSENT ORDER**

   **WHEREAS**, Hershey Chocolate & Confectionery Corporation is the owner and The Hershey Company (together with Hershey Chocolate & Confectionery Corporation, "Hershey") is the licensee of various marks associated with the REESE'S® brand for candy and confectionery products, including, without limitation, the marks REESE'S®, REESE'S MILK CHOCOLATE PEANUT BUTTER CUPS®, REESE'S® PEANUT BUTTER CUPS, REESE'S PUFFS®, and a variety of other marks and trade dresses used in connection with such products (together, the "REESE'S Marks"), including, without limitation, the marks set forth in United States Trademark Registrations 925,609; 1,215,096; 2,256,226; 2,491,191; 3,601,728; 3,631,320; 4,148,621; 4,330,229; and 4,432,557 (copies of the registration certificates for the foregoing registrations are attached as Exhibit A-1);

   **WHEREAS**, Hershey Chocolate & Confectionery Corporation is the owner and The

CONSENT ORDER - 1
No. 2:14-cv-00815-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

128440.0001/6079034.1

1    Hershey Company is the licensee of the mark MR. GOODBAR® for candy and confectionery

2    products and the trade dress used in connection with such products (together, the "MR.

3    GOODBAR Marks"), including, without limitation, the marks set forth in United States

4    Trademark Registrations 851,555; 1,493,378; 2,135,971; 3,961,918; and 4,128,727 (copies of

5    the registration certificates for the foregoing registrations are attached as Exhibit A-2);

6         **WHEREAS**, Hershey Chocolate & Confectionery Corporation is the owner and/or The

7    Hershey Company is the licensee of a number of other trademarks and trade dresses for candy

8    and confectionery products sold by The Hershey Company in the United States, including

9    without limitation the marks set forth on Exhibit A-3 (together, the "Other Hershey Marks,"

10    and, together with the REESE'S Marks and the MR. GOODBAR Marks, the "Hershey

11    Marks");

12         **WHEREAS**, Hershey has accused defendant Conscious Care Cooperative of

13    advertising, distributing and selling in the United States various candy or confectionery

14    products containing cannabis or tetrahydrocannabinol (the "Accused Products," examples of

15    which are depicted in Exhibit B hereto) using names and/or trade dresses that infringe and

16    dilute the REESE'S Marks and the MR. GOODBAR Marks;

17         **WHEREAS**, on June 3, 2014, Hershey commenced this action alleging claims for, *inter*

18    *alia*, trademark infringement, trademark dilution, false designation of origin and unfair

19    competition, relating to the Accused Products, which Hershey contended infringed and diluted

20    its REESE'S Marks and the MR. GOODBAR Marks;

21         **WHEREAS**, simultaneously with the submission of this Consent Order to the Court,

22    Hershey has filed a First Amended Complaint in this action adding as parties the above-named

23    individual defendants (the "CCC Officers"), each of whom is an officer of Conscious Care

24    Cooperative (collectively, with Conscious Care Cooperative, "CCC");

25         **WHEREAS**, CCC denies the claims asserted against it and denies that its conduct

26    alleged in the Litigation violates Hershey's rights; and

27         **WHEREAS**, Hershey and CCC have agreed to entry of this Consent Order;

CONSENT ORDER - 2
No. 2:14-cv-00815-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1    **IT IS ORDERED, ADJUDGED AND DECREED THAT:**

2        1.    This Court has personal jurisdiction over Hershey and CCC and has subject

3    matter jurisdiction of this action.

4        2.    CCC represents that:

5            a.    it and its agents, officers, directors, servants and employees, and all other

6                  persons and entities acting by or through or in concert with any of the

7                  foregoing (together with CCC, the "CCC Persons"), were not involved in

8                  the design, manufacture, branding or packaging of the Accused Products,

9                  and that CCC was merely a reseller of the Accused Products;

10           b.    CCC obtained the Accused Products from Seattle's Finest Edibles, and

11                 CCC has, through counsel, provided Hershey with all information in the

12                 custody or control of all  CCC Persons regarding the identity, location

13                 and operations of Seattle's Finest Edibles; and

14           c.    The CCC Officers constitute all of the existing officers of Conscious

15                 Care Cooperative.

16       3.    CCC represents that as of no later than June 17, 2014, all CCC Persons have

17   ended all distribution, advertising, sale and other use anywhere in the world of:

18           a.    the Accused Products, and any packaging or other variations thereof;

19           b.    any names, marks, package designs or trade dresses that are confusingly

20                 similar to, imitative of or an attempted satire of, any Hershey Marks.

21       4.    CCC and all other CCC Persons shall refrain in the future from using, in any

22   media and any channels of advertising, distribution or sale anywhere in the world, including

23   without limitation on product labeling, product packaging, print advertising, in-store displays

24   and internet advertising:

25           a.    the terms or marks REESE'S PUFF, MR. DANKBAR, REEFER'S,

26                 REEFER'S (or REEFER) PEANUT BUTTER CUP, REEFER'S (or

27                 REEFER) CUP, and any substantially similar variations thereof;

CONSENT ORDER - 3
No. 2:14-cv-00815-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

00003        128440.0001/6079034.1

1       b.    the term or mark REEFER or any substantially similar term in any font

2               substantially similar to or imitative of the font in which REESE'S is

3               depicted in U.S. Reg. No. 925,609, 3,631,3204,148,621;

4       c.    the product packaging and trade dresses shown in Exhibit B and any

5               substantially similar variations thereof;

6       d.    the REESES'S Marks and any substantially or confusingly similar

7               variations thereof;

8       e.    the MR. GOODBAR Marks and any substantially or confusingly similar

9               variations thereof;

10      f.    the Other Hershey Marks and any substantially or confusingly similar

11             variations thereof;

12      g.    any names, marks, package designs or trade dresses that are confusingly

13             similar to, imitative of or an attempted satire of, any Hershey Marks; and

14      h.    in connection with any candy, confectionery or other edible products

15             containing peanut butter or characterized by a peanut butter flavor, (i)

16             any design or trade dress, that bears a partially or predominantly orange

17             background or that uses any combination of orange, yellow and brown;

18             or (ii) the mark or term REEFER.

19    5.    CCC represents that as of June 27, 2014, it has removed and deleted from the

20 Internet and all social media and other electronic channels all advertising, posts, messages and

21 similar communications in the custody or control of all CCC Persons, the dissemination of

22 which by CCC would violate Paragraph 4 hereof.

23    6.    Within one week after entry of this Consent Order, CCC shall

24       a.    provide to Hershey, through counsel, up to two (only to the extent that

25             any samples are available) physical specimens of each product (including

26             packaging) depicted in Exhibit B and each other product, the sale by CCC of

27             which would violate Paragraph 3 hereof; and

CONSENT ORDER - 4
No. 2:14-cv-00815-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

00004    128440.0001/6079034.1

a.  destroy all remaining specimens of each product, including without limitation cartons, containers, packaging, wrappers, labels, displays and any other materials, in the custody or control of CCC or any other CCC Persons, the sale by CCC of which would violate Paragraph 4 hereof.

7.  CCC and all other CCC Persons shall refrain both now and in the future from registering, applying to register or maintaining the registration, anywhere in the world, of any design, trade dress or trademark, the use of which by CCC is prohibited by Paragraph 4 hereof.

8.  Nothing herein shall foreclose Hershey from objecting to future packaging, advertising and marketing materials of CCC or any other CCC Persons that Hershey believes violate its intellectual property or other rights.

9.  CCC shall in the future cooperate with Hershey and counsel for Hershey in identifying the source of any products advertised, distributed or sold by CCC or any other CCC Persons that Hershey contends may violate Hershey's rights in connection with any Hershey Marks.

10.  CCC represents that neither it nor any other CCC Persons:

a.  have licensed to third parties or assigned to any other person or entity any design, trade dress or trademark described in Paragraph 2 or 3 hereof; or

b.  owns any applications or registrations anywhere in the world for any design, trade dress or trademark described in Paragraph 2 or 3 hereof.

11.  CCC hereby acknowledges the validity of Hershey's rights in the Hershey Marks as described herein and as depicted in the Exhibits hereto, and shall not seek to cancel or otherwise challenge the validity or enforceability of Hershey's rights therein  or assist any others in doing so.

12.  Prior to the submission of this Consent Order, CCC has provided to Hershey, though counsel, a written statement of sales by CCC and of all other CCC Persons of Accused Products. CCC represents that the written statement it has provided to Hershey constitutes a

CONSENT ORDER - 5
No. 2:14-cv-00815-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

128440.0001/6079034.1

1 complete and accurate accounting of all sales by CCC and all other CCC Persons of any

2 Accused Products and any products using substantially similar packaging.

3       13.    CCC expressly recognizes and acknowledges that a violation or breach by it of

4 any of the representations, covenants, conditions, agreements, or undertakings in this

5 Agreement will cause Hershey irreparable harm which cannot be adequately calculated or

6 remedied solely in money damages in an action at law, thereby entitling Hershey to seek (in

7 addition to any other remedy to which it may be entitled at law) immediate injunctive relief or

8 other equitable remedies.

9       14.    CCC shall comply with the terms of the parties' Settlement Agreement dated as

10 of July 24, 2014.

11       15.    In the event that a court of competent jurisdiction finds that CCC has engaged in

12 a breach or violation of this Agreement, Hershey shall be entitled (in addition to any other

13 remedy to which it may be entitled at law) to its reasonable attorneys' fees incurred in

14 enforcing its rights under this Agreement. In addition, in the event that a court of competent

15 jurisdiction finds that CCC has engaged in a breach or violation of Paragraph 2, 3, 4, 5 or 12 of

16 this Consent Order, because the actual damages sustained by Hershey as a result of such breach

17 would be impracticable or extremely difficult to calculate, Hershey shall be entitled (in addition

18 to any other remedy to which it may be entitled at law) to liquidated damages in the amount of

19 $25,000 per breach (which amount is expressly agreed to represent a fair estimate of the

20 damage that will accrue as a result of each such breach, to the extent such breach is

21 compensable in money, and not a penalty) or such actual damages or profits that Hershey

22 establishes, whichever is greater.

23       16.    This Court shall retain continuing jurisdiction over the persons and entities

24 identified in this Consent Order and over the subject matter of plaintiffs' Complaint to ensure

25 compliance and performance with the terms of this Consent Order and to modify the Consent

26 Order as justice so requires.

27       17.    The provisions of this Consent Order shall apply worldwide.

CONSENT ORDER - 6
No. 2:14-cv-00815-RSL

00006     128440.0001/6079034.1

DATED: _Aug, 19_____, 2014.

_M. S. Lasnik_

Honorable Robert S. Lasnik
United States District Court Judge

Presented by:

LANE POWELL PC

By:   /s/ Brian G. Bodine
      Brian G. Bodine, WSBA No. 22414
      bodineb@lanepowell.com
      /s/ Erin M. Wilson
      Erin M. Wilson, WSBA No. 42454
      wilsonem@lanepowell.com
      1420 Fifth Avenue, Suite 4200
      P.O. Box 91302
      Seattle, WA 98111-9402
      Telephone: 206.223.7000
      Facsimile: 206.223.7107

          -and-

      KAYE SCHOLER LLP
      Paul Llewellyn (*pro hac vice*)
      paul.llewellyn@kayescholer.com
      Kyle D. Gooch (*pro hac vice*)
      kyle.gooch@kayescholer.com
      425 Park Avenue
      New York, New York 10022
      Telephone: 212.836.8000
      Facsimile: 212.836.6329

      Attorneys for Plaintiffs The Hershey Company
      and Hershey Chocolate & Confectionery Corporation

CONSENT ORDER - 7
No. 2:14-cv-00815-RSL

00007    128440.0001/6079034.1

1

ROHDE & VAN KAMPEN PLLC

2

3   By:   _/s/ Nathan T. Paine_____

4       Nathan T. Paine, WSBA No. 34487.
       npaine@rvk-law.com

5       1001 Fourth Avenue, Suite 4050
       Seattle, WA 98154-1000

6       Telephone:  (206) 386-7392
       Facsimile:  (206) 405-2825

7
       Attorneys for Defendants Conscious Care

8       Cooperative, Nathan Chrysler and Trek Hollnagel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CONSENT ORDER - 8
No. 2:14-cv-00815-RSL

00008     128440.0001/6079034.1

**EXHIBIT A-1 TO CONSENT ORDER**

62058983.docx

# United States Patent Office

925,609
Registered Dec. 14, 1971

## PRINCIPAL REGISTER
### Trademark

Ser. No. 372,548, filed Oct. 5, 1970



H. B. Reese Candy Co., Inc. (Delaware corporation)
Hershey, Pa.   17033

For: PEANUT BUTTER CUPS, in CLASS 46 (INT. CL. 30).

First use Dec. 15, 1969; in commerce Dec. 15, 1969.

The terms "Milk Chocolate" and "Peanut Butter Cups" are disclaimed apart from the mark as shown.

The drawing is lined for the colors orange, brown, and yellow.

Owner of Reg. Nos. 554,995 and 878,315.

P. P. GRALNICK, Examiner

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent and Trademark Office

Reg. No. 1,215,096
Registered Nov. 2, 1982

## TRADEMARK
### Principal Register

## REESE'S

Hershey Foods Corporation (Delaware corporation)
19 E. Chocolate Ave.
Hershey, Pa. 17033

For: CANDY, in CLASS 30 (U.S. Cl. 46).
First use 1919; in commerce 1919.
Owner of U.S. Reg. Nos. 554,995, 1,141,906 and others.
Sec. 2(f).

Ser. No. 300,125, filed Mar. 9, 1981.

RICHARD A. STRASER, Primary Examiner

Int. Cl.: 30

Prior U.S. Cl.: 46

**Reg. No. 2,256,226**

## United States Patent and Trademark Office

Registered June 29, 1999

### TRADEMARK
### PRINCIPAL REGISTER



HOMESTEAD, INC. (DELAWARE CORPORA-
TION)
111 CONTINENTAL DRIVE, SUITE 309
NEWARK, DE 19713

FOR: CANDY AND CONFECTIONERY
CHIPS FOR BAKING WITH PEANUT BUTTER
AS THE CHARACTERIZING FLAVOR OR AS
ONE OF VARIOUS CHARACTERIZING FLA-
VORS, EXCLUDING CANDY OR CONFEC-
TIONERY CHIPS FOR BAKING WHICH ARE
EITHER ORANGE IN COLOR OR ORANGE
FLAVORED, IN CLASS 30 (U.S. CL. 46).

FIRST USE 12-15-1969, FIRST USED IN AN-
OTHER FORM IN 1952; IN COMMERCE
12-15-1969, FIRST USED IN COMMERCE IN
ANOTHER FORM IN 1952.

OWNER OF U.S. REG. NOS. 925,609 AND
1,574,070.
THE MARK IS LINED FOR THE COLOR
ORANGE.
THE MARK CONSISTS OF AN ORANGE-
COLORED BACKGROUND COVERING THE
ENTIRETY OF THE PACKAGING FOR THE
GOODS. THE ORANGE COLOR IS APPROXI-
MATELY EQUIVALENT TO PANTONE 165C.
THE MARK CONSISTS OF COLOR ALONE.
THE BROKEN LINES INDICATE THE POSI-
TION OF THE MARK AND DO NOT FORM
PART OF THE MARK.
SEC. 2(F).

SER. NO. 75-143,720, FILED 8-1-1996.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,491,191

Registered Sep. 18, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## REESE'S PUFFS

HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION (DELAWARE CORPORATION)
5060 WARD ROAD
INTELLECTUAL PROPRTY DEPARTMENT
WHEAT RIDGE, CO 80033 BY MERGER HOMESTEAD, INC. (DELAWARE CORPORATION)
WHEAT RIDGE, CO 80033

FOR: BREAKFAST CEREAL, IN CLASS 30 (U.S. CL. 46).

FIRST USE 7-9-2000; IN COMMERCE 7-9-2000.

OWNER OF U.S. REG. NO. 1,928,625.

SN 75-645,051, FILED 2-23-1999.

ESTHER BELENKER, EXAMINING ATTORNEY

Int. Cls.: 29 and 30

Prior U.S. Cl.: 46

United States Patent and Trademark Office

Reg. No. 3,601,728
Registered Apr. 7, 2009

TRADEMARK
PRINCIPAL REGISTER



HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION (DELAWARE CORPORATION)
4860 ROBB STREET, SUITE 204
WHEAT RIDGE, CO 80033

FOR: PEANUT BUTTER; PEANUT BUTTER TOPPINGS, IN CLASS 29 (U.S. CL. 46).

FIRST USE 12-31-1958; IN COMMERCE 12-31-1958.

FOR: CANDY; CANDY BARS; CONFECTIONERY CHIPS FOR BAKING; PEANUT BUTTER CONFECTIONERY CHIPS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 12-31-1958; IN COMMERCE 12-31-1958,

OWNER OF U.S. REG. NOS. 1,074,163, 1,928,625 AND OTHERS.

THE COLOR(S) YELLOW AND BROWN IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "REESE'S" IN YELLOW STYLIZED SCRIPT LETTERS KEY LINED IN THE COLOR BROWN.

SER. NO. 77-545,117, FILED 8-12-2008.

NICHOLAS COLEMAN, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 3,631,320
United States Patent and Trademark Office    Registered June 2, 2009

TRADEMARK
PRINCIPAL REGISTER



HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION (DELAWARE CORPORATION)

4860 ROBB STREET, SUITE 204
WHEAT RIDGE, CO 80033

FOR: CANDY; CONFECTIONERY CHIPS FOR BAKING, IN CLASS 30 (U.S. CL. 46).

FIRST USE 2-28-2003; IN COMMERCE 2-28-2003.

OWNER OF U.S. REG. NOS. 1,074,163, 3,492,642 AND OTHERS.

THE COLOR(S) YELLOW, BROWN AND ORANGE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "REESE'S" IN YELLOW STYLIZED SCRIPT LETTERS KEY LINED IN THE COLOR BROWN ON AN ORANGE SWIRL DESIGN BACKGROUND.

SER. NO. 77-618,514, FILED 11-20-2008.

REBECCA EISINGER, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,148,621**

**Registered May 29, 2012**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION (DELAWARE CORPORATION)
SUITE 204
4860 ROBB STREET
WHEAT RIDGE, CO 80033

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 4-30-2007; IN COMMERCE 4-30-2007.

OWNER OF U.S. REG. NOS. 1,074,163, 3,603,993 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "THE ORIGINAL, MILK CHOCOLATE COATED, PEANUT BUTTER CUPS, MADE IN, CHOCOLATE, SINCE 1923", APART FROM THE MARK AS SHOWN.

THE STIPPLING IS FOR SHADING PURPOSES ONLY.

THE MARK CONSISTS OF A TIN DESIGN, "REESE'S" IN STYLIZED SCRIPT LETTERS WITH THE WORDS "THE ORIGINAL, MILK CHOCOLATE COATED, PEANUT BUTTER CUPS, MADE IN CHOCOLATE TOWN, SINCE 1923" AND "SO THEY MUST BE GOOD", A STYLIZED DESIGN OF A PARTIALLY EATEN PEANUT BUTTER CUP, AND A DESIGN AROUND THE TIN SIDES COMPRISING A PARTIAL STYLIZED SIDE OR EDGE OF A PEANUT BUTTER CUP. THE DOTTED LINING SHOWN IN THE MARK IS NOT A FEATURE OF THE MARK BUT IS INTENDED ONLY TO SHOW POSITION OF THE MARK ON THE CONTAINER FOR THE GOODS. THE STIPPLING SHOWN IN THE MARK IS FOR SHADING PURPOSES.

SER. NO. 85-192,733, FILED 12-7-2010.

JENNY PARK, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

00016

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,330,229**

**Registered May 7, 2013**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION (DELAWARE
CORPORATION)
SUITE 204
4860 ROBB STREET
WHEAT RIDGE, CO 80033

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 0-0-2008; IN COMMERCE 0-0-2008.

OWNER OF U.S. REG. NOS. 1,074,163, 3,501,728 AND OTHERS.

THE COLOR(S) ORANGE, BROWN, YELLOW AND BEIGE IS/ARE CLAIMED AS A FEA-
TURE OF THE MARK.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MILK CHOCOLATE", "2
PEANUT BUTTER CUPS", AND THE DESIGN OF THE CANDY, APART FROM THE MARK
AS SHOWN.

THE MARK CONSISTS OF "REESE'S" IN YELLOW STYLIZED SCRIPT LETTERS OUTLINED
IN THE COLOR BROWN ABOVE THE WORDS "2 PEANUT BUTTER CUPS" IN YELLOW
LETTERS, A STYLIZED PARTIAL DESIGN LOGO OF AN ELONGATED SIDE OF A PEANUT
BUTTER CUP, A PARTIALLY EATEN STYLIZED DESIGN OF A PEANUT BUTTER CUP,
AND THE WORDS "MILK CHOCOLATE" ALL ON AN ORANGE BACKGROUND. THE
MARK CONSISTS OF THE COLORS ORANGE, BROWN, YELLOW AND BEIGE WITH THE
COLOR ORANGE APPEARING AS BACKGROUND FOR THE ENTIRE MARK, THE COLOR
BROWN APPEARING IN THE PARTIAL STYLIZED DESIGN OF A PEANUT BUTTER CUP,
IN THE ELONGATED SIDE VIEW OF A STYLIZED PEANUT BUTTER CUP, AND IN THE
WORDS "MILK CHOCOLATE"; THE COLOR YELLOW APPEARING IN "REESE'S" AND
IN THE WORDS "2 PEANUT BUTTER CUPS"; WITH THE COLOR BEIGE APPEARING IN
THE DESIGN OF THE PEANUT BUTTER CUP FILLING. THE OUTER DOTTED LINES
SHOW PLACEMENT OF THE MARK AND ARE NOT PART OF THE MARK.



SER. NO. 85-459,483, FILED 10-28-2011.

LAURIE KAUFMAN, EXAMINING ATTORNEY

Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# REESE'S PUFFS

**Reg. No. 4,432,557**
**Registered Nov. 12, 2013**
**Int. Cl.: 30**

**TRADEMARK**
**PRINCIPAL REGISTER**

HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION (DELAWARE CORPORATION)
SUITE 204
4860 ROBB STREET
WHEAT RIDGE, CO 80033

FOR: MUFFIN MIXES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 7-15-2012; IN COMMERCE 7-15-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,074,163, 3,306,035 AND OTHERS.

SER. NO. 85-910,454, FILED 4-22-2013.

MARYNELLE WILSON, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

**EXHIBIT A-2 TO CONSENT ORDER**

# United States Patent Office

851,555
Registered June 25, 1968

## PRINCIPAL REGISTER
## Trademark

Ser. No. 273,278, filed June 7, 1967

# Mr.Goodbar

Hershey Foods Corporation (Delaware corporation)
Hershey, Pa. 17033, by change of name from
Hershey Chocolate Corporation (Delaware corporation).
Hershey, Pa. 17033

For: CHOCOLATE BAR, in CLASS 46 (INT. CL. 30).

First use on or about Nov. 20, 1925; in commerce on or about Nov. 20, 1925.

Owner of Reg. No. 211,531.

D. E. FREED, *Examiner.*

00020

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 1,493,378
Registered June 21, 1988

## TRADEMARK
### PRINCIPAL REGISTER



HERSHEY FOODS CORPORATION (DELA-
WARE CORPORATION)
100 MANSION ROAD EAST
HERSHEY, PA 17033

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).
FIRST USE 11-20-1925; IN COMMERCE
11-20-1925.
OWNER OF U.S. REG. NO. 851,555.

THE MARK IN THE DRAWING IS LINED
FOR THE COLORS RED AND YELLOW
WHICH IS CLAIMED AS A FEATURE OF THE
MARK.

SER. NO. 670,906, FILED 7-8-1987.

LORI BOATRIGHT, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 2,135,971

## United States Patent and Trademark Office   Registered Feb. 10, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## MR. GOODBAR

HOMESTEAD, INC. (DELAWARE CORPORA-
TION)
111 CONTINENTAL DRIVE, SUITE 309
NEWARK, DE 19713

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).
FIRST USE 11-20-1925; IN COMMERCE
11-20-1925.

OWNER OF U.S. REG. NOS. 851,555 AND
1,493,378.

SER. NO. 75-268,435, FILED 4-2-1997.

LINDA M. DWYER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# mr. Goodbar

**Reg. No. 3,961,918**

**Registered May 17, 2011**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION (DELAWARE CORPORATION)
SUITE 204
4860 ROBB STREET
WHEAT RIDGE, CO 80033

FOR: CANDY; CHOCOLATE, IN CLASS 30 (U.S. CL. 46).

FIRST USE 11-20-1925; IN COMMERCE 11-20-1925.

OWNER OF U.S. REG. NOS. 851,555, 2,135,971 AND OTHERS.

THE COLOR(S) RED AND YELLOW IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDS "MR. GOODBAR" IN RED STYLIZED LETTERS ON A YELLOW BACKGROUND.

SER. NO. 85-167,355, FILED 11-2-2010.

NAPOLEON SHARMA, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

00023

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,128,727**

**Registered Apr. 17, 2012**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION (DELAWARE CORPORATION)
SUITE 204
4860 ROBB STREET
WHEAT RIDGE, CO 80033

FOR: CANDY; CHOCOLATE, IN CLASS 30 (U.S. CL. 46).

FIRST USE 4-30-2007; IN COMMERCE 4-30-2007.

OWNER OF U.S. REG. NOS. 1,493,378, 3,961,918 AND OTHERS.

THE COLOR(S) SILVER, WHITE, RED, YELLOW, TAN, BROWN AND DARK MAROONISH BROWN IS/ARE CLAIMED AS A FEATURE OF THE MARK.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MADE WITH CHOCOLATE AND PEANUTS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "HERSHEY'S" IN SILVER BLOCK STYLIZED LETTERS ON A DARK-MAROONISH BROWN BACKGROUND FOLLOWED BY THE WORDS "MR. GOODBAR" IN RED STYLIZED LETTERS ON A YELLOW BACKGROUND WITH THE WORDS "MADE WITH CHOCOLATE AND PEANUTS" IN WHITE LETTERS ON A DARK-MAROONISH BROWN BACKGROUND FOLLOWED BY A DEPICTION OF TWO TAN COLORED SHELLED PEANUTS FOLLOWED BY A RECESSED RECTANGLE HAVING A RAISED BORDER WITH LETTERS SPELLING "HERSHEYS" ON THE RECESSED BROWN RECTANGLE, SITTING IN A POOL OF LIQUID BROWN CHOCOLATE CONTAINING TAN PIECES OF PEANUTS. THE DOTTED LINES INDICATE THE POSITION OF THE MARK AND ARE NOT PART OF THE MARK.

SER. NO. 85-401,988, FILED 8-19-2011.

MARK T. MULLEN, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

00024

## EXHIBIT A-3 TO CONSENT ORDER

| | |
|---|---|
| 5TH AVENUE | MR. GOODBAR |
| AIR DELIGHT | NIBS |
| ALMOND JOY | NUTRAGEOUS |
| AWESOME TWOSOME | PAYDAY |
| BAKING MELTS | PELANAZO |
| BITS OF BRICKLE | PELON |
| BLISS | PELON PELO RICO |
| BREATH SAVERS | PELONETA |
| BROOKSIDE | PELONETES |
| BUBBLE YUM | PICOSITOS |
| CADBURY | POT OF GOLD |
| CADBURY CRÈME EGG | PULL 'N' PEEL |
| CARAMELLO | RALLY |
| CAREFREE | REESE'S |
| CHOCOLATE WORLD | REESE'S PIECES |
| DAGOBA | ROLO |
| DAIRY MILK | ROYAL DARK |
| FAST BREAK | SCHARFFEN BERGER |
| GOLDEN ALMOND | SIMPLE PLEASURES |
| GOOD & FIERY | SKOR |
| GOOD & FRUITY | SPECIAL DARK |
| GOOD & PLENTY | SYMPHONY |
| HEATH | TAKE5 |
| HERSHEY'S | TWIZZLERS |
| HERSHEY'S BLISS | WHATCHAMACALLIT |
| HERSHEY-ETS | WHOPPERS |
| HUGS | YORK |
| HUGS & KISSES | YOUNG & SMYLIE |
| ICE BREAKERS | ZAGNUT |
| ICE BREAKERS ICE CUBES | ZERO |
| ICE CUBES | |
| JOLLY RANCHER | |
| KISSES | |
| KIT KAT | |
| KRACKEL | |
| LANCASTER | |
| LORENA | |
| MALTESER | |
| MAUNA LOA | |
| MILK DUDS | |
| MILKSHAKE | |
| MOUNDS | |

# EXHIBIT B

## EXHIBIT B TO CONSENT ORDER - Accused Products





Reese's Puff Bar (MD-2)

Category    Medibles

Type    N/A



